

# 305YACHTING

## Bareboat Charter Agreement

1717 N Bayshore Dr, Suite 103, Miami FL 33132

**Charterer Information:**

First and Last Name: ✗ SVEN GLAESER

Phone Number: ✗ 407-242-7880

Email: ✗ svenglaeser@gmail.com

**Payment Information:**

Total Amount: $ 1658.00

Security Deposit: $ _____

Balance due: $ _____, due at time of boarding the vessel, prior to the charter starting.

Fuel and Cleaning fee: Fuel will be paid by the OWNER. Cleaning fee will be paid by the OWNER.

Gratuity to the crew: $ _____, minimum 10% of the total amount is due upon charter completion.

This BAREBOAT CHARTER AGREEMENT, is made as of 9/28/19 between *305 Yachting Inc.*, hereinafter called "OWNER" and "CHARTERER".

Witnesseth:

1. OWNER hereby agrees to let and demise bareboat and the CHARTERER agrees to hire on a bareboat basis upon the terms and conditions and for the consideration set forth above, the Vessel identified above for a Charter Period commencing at:

**Vessel Name and Details:** Sapphire

**Charter Duration:** 5 Hours

**Max Guest Capacity:** 12 (Adult and Children)

2. OWNER warrants that the Vessel, when delivered to CHARTERER, shall be in good seaworthy condition and shall comply with all applicable laws and regulations pertaining to the condition of the Vessel.

3. CHARTERER shall maintain Vessel in good order and condition, no wear and tear excepted.

4. CHARTERER warrants that any skipper (Captain) hired by CHARTERER will be a qualified, licensed and competent person, who shall be the employee of the OWNER, and be responsible for the safe navigation of the Vessel. CHARTERER is prohibited from operating the Vessel.

5. CHARTERER expressly agrees that the operation of said Vessel will be limited to the following areas and waters: **Biscayne Bay including Miami Beach, Brickell, Miami River, Nixon Beach Sand Bar, Star Island, Fisher Island and surrounding area, and no more than 5 miles offshore.** CHARTERER further agrees that the operation of said Vessel be limited to any areas in waters specified in any insurance policy provided, and any insurance policy which has been disclosed to CHARTERER prior to execution of this Agreement.

6. Insurance.

   1) During the Charter Period the Vessel shall be kept insured by OWNER at its expense against hull and machinery and war risks under the form of policy or policies that are available for CHARTERER's inspection. OWNER and/or insurers shall not have any right of recovery or subrogation against CHARTERER on account of loss of or any damage to the Vessel or her machinery or appurtenances covered by such insurance, or on account of payments made to discharge claims against or liabilities of the Vessel or OWNER covered by such insurance. Insurance policies shall cover OWNER and the CHARTERER according to their respective interests.

   2) In the event that any act or negligence of CHARTERER shall vitiate any of the insurance herein provided, CHARTERER shall pay to OWNER all losses and indemnify OWNER against all claims and demands which would otherwise have been covered by such insurance.

7. Indemnity.

   1) CHARTERER shall indemnify OWNER against any loss, damage or expenses incurred by OWNER arising out of or in relation to the operation of the Vessel by the CHARTERER, and against any lien of whatsoever nature arising out of an event occurring during the Charter Period. If the Vessel be arrested or otherwise detained by reason of claims or liens arising out of her operation hereunder by CHARTERER, CHARTERER shall at CHARTERER's own expense take all reasonable steps to secure that within a reasonable time the Vessel is released, including the provision of bail.

   2) If the Vessel be arrested or otherwise detained by reason of a claim or claims against OWNER, then OWNER shall at its own expense take all reasonable steps to secure that within a reasonable time the Vessel is released, including the provision of bail. In such circumstances the OWNER shall indemnify CHARTERER against any loss, damage or expense incurred by CHARTERER (including hire paid under this charter) as a direct consequence of such arrest or detention.

8. Limitations on use.

   1) CHARTERER agrees that the Vessel shall be employed exclusively as a pleasure vessel for the sole and proper use of himself/herself and guests during the term of this Charter.

   2) CHARTERER further agrees not to transport MERCHANDISE FOR HIRE or CARRY PASSENGERS FOR HIRE, or engage in any trade, or in any way violate any laws of the United States or of any other government within the jurisdiction of which the Vessel may be at any time during the Charter.

   3) **ZERO TOLERANCE FOR DRUGS OR CONTRABAND.**

   a. The use, transport, or possession of illegal drugs or narcotics, or of any other contraband, or the participation in any other unlawful activity, such as the transport of illegal aliens, is strictly prohibited.

   b. No Weapons. It is also specifically understood that the possession or use of any weapons (including firearms) is strictly prohibited on board the Vessel and failure to comply shall be sufficient reason for OWNER to terminate the Charter forthwith without refund or recourse against OWNER.

9. Liens.

CHARTERER shall have no rights, power, or authority to create, incur, or permit to be imposed upon the Vessel any liens or encumbrances of any nature. A fully-executed copy of this Charter Agreement shall be carried aboard the Vessel with the ship's papers at all times during the term of the Charter and shall be exhibited by CHARTERER to any person having business with the Vessel which might give rise to any lien. CHARTERER shall redeliver said Vessel free from any liens incurred as a result of the operation of the Vessel under this Charter Agreement, and shall indemnify and hold harmless OWNER or its agent against any lien not incurred by OWNER or covered by insurance arising out of the possession, use, or operation of said Vessel or by any persons aboard said Vessel by invitation of CHARTERER.

10. CHARTERER shall neither subcharter nor assign this Charter to a third party.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals the day and year first above written.

X _____          _____
                                                305 Event Production LLC
CHARTERER Signature                   OWNER Signature

# 305Yachting, Inc.

## Assessment of Renter competence and vessel condition

Before all rentals the Owner, or his authorized agent, "Owner" and Renter, or his captain, "Renter" must complete an inspection and orientation of the vessel. This includes but is not limited to Safety, Seaworthiness, Condition of vessel, Competence of the renter or his captain, and pre-existing issues.

Please verify the Renter's identity and ensure that the Renter (or his captain) is competent to operate the vessel in accordance with the policy and the law.

Before handing over control of the vessel, you must complete a full walk through with the named renter or his captain. You must perform a visual inspection of the engine, hull and all equipment. If any damage is present or items missing this must be noted. If necessary photos should be taken and retained for inspection.

Please note: The preceding are solely the responsibility of the Owner and Renter and that they must be completed at their sole satisfaction. The Bareboat Charter Agreement between owner and renter is incorporated by reference herein.

| Item | Status | Check |
|---|---|---|
| Fuel and Oil Checked | Fuel / Oil / Oil Level OK | ✓ |
| Hull Condition | | ✓ |
| Life Jackets (enough for each person on board) | Quantity | ✓ (All passengers are required to wear lifejackets at all times.) |
| Furnishings, Seat Coverings, etc. | Present / Not present | ✓ |
| Fire Extinguishers | Checked | ✓ |
| Flares | Checked | ✓ |
| Charts, Navigation and Radio Equipment | Checked | ✓ |
| Other Electronic Equipment | Checked | ✓ |
| Engine and Propellers | Checked | ✓ |
| Lines ~~Sails~~, Anchors *If applicable | Checked | ✓ |
| Any other comments or noted damage | Checked | ✓ |

**Acknowledgement:** The Owner and Renter acknowledge the condition of the vessel as detailed above. The Owner has fully briefed the renter including but not limited to the insurance coverage, navigational limits, and applicable laws. The Renter fully understands their obligations and responsibilities and confirms that they or their captain is fully competent and has the experience required for safe operation of vessel.

Renter Name: SVEN GUESTER    Signature: X [signature]
Boat Name/Description: SAPPHIRE

Owner Name: 305 Event Production LLC   Signature: X [signature]
Out Date: 7-28-19   Time: 11 AM

### Captain / Host / Guide to choose from:

Baron Carruthers - 954.260.2033
Philip Wadden - 312.513.0013
Gerhard De Jager - 305.898.3650
Charlotte Schou - 858.230.0715

Carlos Ruis - 954.294.2972
Gram Ca anagh - 786.499.7873
Jose Coronel - 305.450.1105
Christopher Miller - 786.720.8668 ✓

Hayden Stew ✓

Please note: Your rental includes Accident medical coverage but it will not be in place unless these details are in advance or your rental. If you've already provided this information online, you do not need to fill in the below (unless there has been a change).

# 305Yachting, Inc.

## Assessment of Vessel Condition

After all rentals Owner or his designated agent "Owner" and Renter or his captain "Renter" must complete this inspection of the vessel.
A visual inspection of the engine, hull and equipment must be performed.
If any new damage is present or items missing it must be noted. If necessary, photos should be taken and retained for inspection as required.
Any incidents should be reported, however minor. This includes, but is not limited to collisions, injuries and damage to third party property.

**Fuel and Oil Checked** — Fuel / Oil — Oil Level OK

**Hull Condition**

**Life Jackets** (enough for each person on board) — Quantity ✓  (All passengers are required to wear lifejackets at all times.)

**Furnishings, Seat Coverings, etc.** — Present ✓ / Not present

**Fire Extinguishers** — Checked ✓

**Flares** — Checked ✓

**Charts, Navigation and Radio Equipment** — Checked ✓

**Other Electronic Equipment** — Checked ✓

**Engine and Propellers** — Checked ✓

**Lines, Masts, Sails, Anchors** *If applicable — Checked ✓

**Any other comments or noted damage** — Checked

Fuel, tips & miscellaneous charges. Renter initials below indicate approval to be charged to Renter's credit card on file.
AT LEAST ONE SPACE MUST BE INITIALED.

a) No charges authorized. Fuel and all other expenses paid by renter during rental period.
b) Renter refilled in renter's presence. $ _____ to be charged.
c) **X** Owner authorized to refill fuel after Renter's departure. # _____ gallons of fuel to be charged at @ market prices.
d) Pay the Captain $ _____ as a gratuity. *Typical gratuities are 15% of the full charter price.
e) Miscellaneous charges in the amount of $ _____ for _____

By signing below, the Renter and Owner acknowledge they have reviewed the checklist above together and have noted any damage, incidents or additional authorized charges, that may have occured during the rental period. Any incidents must be reported as soon as possible with full details provided.

Renter Name: _____                              Owner Name: 305 Event Production LLC

Renter Signature: X                              Owner Signature: X

Boat Name/Description: Saphire                  Out Date/Time: 9-23-19