| Page 1 of 5 | Concept Special Risks Ltd | www.special-risks.co.uk |
|---|---|---|

**Application Form**

| ASSURED'S NAME: | ASSURED'S NATIONALITY: | ASSURED'S STATE OF RESIDENCE: |
|---|---|---|
| 305 Event Production LLC | USA | Florida |

FULL MAILING ADDRESS (including ZIP/Post Code where available). IF COMPANY PROVIDE REGISTERED ADDRESS

1800 N Bayshore Dr. Apt 3602, Miami FL 33132 USA

BENEFICIAL OWNER (this should be completed if vessel is insured in a company name or if the beneficial owner of the vessel is someone other than the Named Assured):

Kiki De Jager

| EFFECTIVE DATE FROM: (mm/dd/yy) 4/27/2019 | TO: (mm/dd/yy) 4/26/2020 | 0.01hrs LST |
|---|---|---|

| VESSEL NAME: Sapphire | HULL ID: SERP9445K203 | LENGTH OVERALL: 45' |
|---|---|---|
| MANUFACTURER/MODEL: Sea Ray Sundancer 410   2003 | | MODEL YEAR: 2003 |
| PURCHASE PRICE: # 145,000 | DATE OF PURCHASE: 4/4/2019 | PRESENT VALUE: # 180,000 |
| MAXIMUM SPEED: | VESSEL REGISTERED: FL 6402 RV | VESSEL FLAG: USA |

| COVERAGES WILL NOT BE PROVIDED UNLESS REQUESTED HEREUNDER | |
|---|---|
| **COVERAGES** | **LIMIT (US Dollar)** |
| HULL PHYSICAL DAMAGE | $135,000 |
| TENDER/DINGHY | |
| MEDICAL PAYMENTS (maximum $50,000) | $10,000 |
| PERSONAL PROPERTY | $5,000 |
| TRAILER | |
| BREACH OF WARRANTY (APPLICABLE LOSS PAYEE MUST BE DETAILED ON PAGE 4) | |
| THIRD PARTY LIABILITY | $300,000 |
| LIABILITY TO PAID CREW | $300,000 |
| COMMERCIAL PASSENGER LIABILITY | $300,000 |
| UNINSURED BOATERS (minimum $100,000) | $135,000. |
| NON-EMERGENCY TOWING | |
| OTHER (please specify) | |

**PLEASE TICK THE APPROPRIATE BOXES**

| PRIMARY POWER | SAIL | | TYPE OF VESSEL | | SAILBOAT | |
|---|---|---|---|---|---|---|
| | OUTBOARD | | | | MOTOR YACHT | ✓ |
| | INBOARD | ✓ | | | SPORTSFISHER | |
| HULL MATERIAL: | FIBREGLASS | ✓ | Motor Yacht | | HOUSEBOAT | |
| | WOOD | | | | CATAMARAN | |
| | KEVLAR | | | | OTHER (give details) | |
| | CARBONFIBRE | | LAST SURVEYED (mm/dd/yy) 4/17/2019 | | ASHORE OR AFLOAT | |
| | FERROCEMENT | | | | Afloat | |
| | METAL | | | | | |

**VESSEL ENGINE/OUTBOARD DETAILS**

| | HP | MANUFACTURER | FUEL | YEAR | SERIAL NO# |
|---|---|---|---|---|---|
| #1 | | Cummins | Diesel | 2003 | |
| #2 | | Cummins | Diesel | 2003 | |

| | DATE PURCHASED | PURCHASE PRICE | PRESENT VALUE |
|---|---|---|---|
| #1 | | 4/4/2019 | |
| #2 | | | |

C SR/APP/1

Page 2 of 5          **Concept Special Risks Ltd**          www.special-risks.co.uk

| TENDER/DINGHY INFORMATION | | | |
|---|---|---|---|
| MANUFACTURER | YEAR | HULL ID/SERIAL NUMBER | LENGTH |
| | | | |

| TENDER/DINGHY ENGINE/OUTBOARD DETAILS | | |
|---|---|---|
| MANUFACTURER | HP | SERIAL NUMBER |
| | | |

| TRAILER INFORMATION | | | | | |
|---|---|---|---|---|---|
| MANUFACTURER | YEAR BUILT | DATE PURCHASED | PURCHASE PRICE | PRESENT VALUE | SERIAL NUMBER |
| | | | | | |

**PRIMARY MOORING LOCATION OF VESSEL (INCLUDING ZIP/POST CODE WHERE AVAILABLE) BETWEEN JULY 1ST - NOV 1ST**
PLEASE SPECIFY WHETHER VESSEL WILL BE ASHORE/AFLOAT (MOORED/OR ON A HOIST. IF YOU ARE UNABLE TO PROVIDE A ZIP/POST CODE, PLEASE ADVISE LONGITUDE & LATITUDE.

Sea Isle Marina & Yachting Center
1635 N Bayshore Dr, Miami FL 33132

**PLEASE ADVISE IF THIS VESSEL IS FITTED WITH MANUFACTURER RECOMMENDED FIRE PREVENTION/EXTINGUISHING EQUIPMENT (If no provide explanation) :**

(YES)          NO

**PLEASE DETAIL ANY ANTI-THEFT PRECAUTIONS WHICH ARE IN PLACE**

Marina has 24/7 security camera and security guards.
We also have camera (web cam) on board.

**ALL WATERS TO BE NAVIGATED DURING THIS POLICY PERIOD (YOU MAY ATTACH AN ITINERARY)**

Warranted that the Scheduled Vessel is confined to Florida - not to exceed
150 miles offshore.

**WILL THE VESSEL BE LAID UP (OUT OF USE) DURING THIS POLICY PERIOD - IF SO DETAIL EXACT DATES, LOCATION AND ADVISE WHETHER ASHORE OR AFLOAT.**

No.

| # | GENERAL INFORMATION | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | IS THIS VESSEL USED FOR FARE PAYING PASSENGERS? | (YES) | NO | IF YES, NUMBER OF PASSENGERS PER TRIP | | | |
| | | | | MAXIMUM: 12 | | AVERAGE: $50 | |
| | | | | NUMBER OF TRIPS PER YEAR | | | |
| | | | | MAXIMUM: 50 | | AVERAGE: 25-30 | |
| 2 | IS THIS VESSEL CHARTERED TO OTHERS WITH A CAPTAIN? | (YES) | NO | IF YES, COMPLETE CAPTAIN CHARTER SUPPLEMENTARY SHEET | | | |
| 3 | DOES THIS APPLICANT EMPLOY PAID CREW | (YES) | NO | IF YES, HOW MANY? | | | |
| | | | | 1-2 | | | |
| 4 | IS THIS VESSEL CHARTERED TO OTHERS WITHOUT A CAPTAIN (BAREBOAT)? | YES | (NO) | IF YES, COMPLETE BAREBOAT CHARTER SUPPLEMENTARY SHEET | | | |
| 5 | IS THIS VESSEL USED FOR WATERSKIING OR DIVEBOAT CHARTER? | YES | (NO) | IF YES, PROVIDE DETAILS | | | |
| 6 | IS THIS VESSEL USED FOR ANY OTHER COMMERCIAL OR BUSINESS PURPOSES? | YES | (NO) | IF YES, PROVIDE DETAILS | | | |

CSR/APP/1

Page 3 of 5          **Concept Special Risks Ltd**          www.special-risks.co.uk

| # | | | | GENERAL INFORMATION CONTINUED |
|---|---|---|---|---|
| 7 | WILL THIS VESSEL BE OPERATED SINGLE HANDEDLY AT NIGHT? | YES | NO | IF YES, ADVISE WHEN, WHERE AND HOW OFTEN? |
| 8 | DOES ANYONE RESIDE ABOARD THE VESSEL. | YES | NO | IF YES, FOR HOW LONG DURING THE POLICY PERIOD? |
| 9 | WILL THIS VESSEL PARTICIPATE IN ANY RACES/REGATTAS/RALLYS/SPEED TRIALS DURING THIS POLICY PERIOD? | YES | NO | IF YES, COMPLETE RACING SUPPLEMENTARY SHEET |
| 10 | WAS ANY INSURANCE DECLINED, CANCELLED OR NON-RENEWED IN THE LAST 5 YEARS? | YES | NO | IF YES, PROVIDE DETAILS |
| 11 | HAVE YOU OR ANY NAMED OPERATOR BEEN INVOLVED IN A LOSS IN THE LAST 10 YEARS (INSURED OR NOT) | YES | NO | IF YES, PROVIDE DETAILS |
| 12 | HAVE YOU OR ANY NAMED OPERATED BEEN CONVICTED OF A CRIMINAL OFFENCE OR PLEADED NO CONTEST TO A CRIMINAL ACTION? | YES | NO | IF YES, PROVIDE DETAILS |

ALL OPERATORS MUST BE DETAILED – IF THERE ARE MORE THAN TWO OPERATORS PLEASE REQUEST ADDITIONAL OPERATOR SHEETS

| No. | Full Name | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
|---|---|---|---|
| 1 | Gerhard De Jager | 10/30/1979 | None |
| | | Years of Boat Ownership: 5 | Years of Boating Experience: 15 |
| | | Boating Qualifications (for example USCG 100Ton): USCG 100 Ton Master | |
| | | Lengths and Manufacturers of Vessels previously owned or operated: Sea Ray Sundancer 380 (42 feet) | |
| | | Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details and amounts paid: No | |
| | | Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details: No | |
| 2 | (struck out) | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
| | | Years of Boat Ownership | Years of Boating Experience |
| | | Boating Qualifications (for example USCG 100Ton) | |
| | | Lengths and Manufacturers of Vessels previously owned or operated | |
| | | Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details and amounts paid: | |
| | | Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details: | |

**WARNING:  THIS IS A NAMED OPERATOR ONLY POLICY**

CSR/APP/1

Page 1 of 1          **Concept Special Risks Ltd**     www.special-risks.co.uk

## ALL OPERATORS MUST BE DETAILED –USE ADDITIONAL OPERATOR SHEETS IF REQUIRED

| 1 | Full Name | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
|---|---|---|---|
| | Christopher Lee Miller | 11/17/1962 | No |
| | | Years of Boat Ownership | Years of Boating Experience |
| | | 25 years | 30 years |
| | | Boating Qualifications (for example USCG 100 Ton) | |
| | | USCG 100 Ton Master | |
| | | Lengths and Manufacturers of Vessels previously owned or operated | |
| | | 60' Azimut | |
| | | Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details & amounts paid: | |
| | | No | |
| | | Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details | |
| | | No | |

| 2 | Full Name | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
|---|---|---|---|
| | Charlotte Schou | 6/22/1987 | No |
| | | Years of Boat Ownership | Years of Boating Experience |
| | | | 7 years |
| | | Boating Qualifications (for example USCG 100 Ton) | |
| | | USCG 100 Ton Master | |
| | | Lengths and Manufacturers of Vessels previously owned or operated | |
| | | 45' Sea Ray | |
| | | Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details & amounts paid: | |
| | | No | |
| | | Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details | |
| | | No | |

| 3 | Full Name | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
|---|---|---|---|
| | | | |
| | | Years of Boat Ownership | Years of Boating Experience |
| | | | |
| | | Boating Qualifications (for example USCG 100 Ton) | |
| | | | |
| | | Lengths and Manufacturers of Vessels previously owned or operated | |
| | | | |
| | | Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details & amounts paid: | |
| | | | |
| | | Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details | |

## WARNING:  THIS IS A NAMED OPERATOR ONLY POLICY

Any misrepresentation in this operator form may render insurance coverage null and void from inception.  Please therefore check to make sure that all questions have been fully answered and that all facts material to your insurance have been disclosed.

**Assured Signature:** _____     **Date:** 5/1/2019

CSR/OPP/1

**Page 4 of 5**           **Concept Special Risks Ltd**           www.special-risks.co.uk

---

LOSS PAYEE(S) (PLEASE PROVIDE NAME AND FULL MAILING ADDRESS):

ADDITIONAL ASSURED'S REQUIRED – (PLEASE PROVIDE NAME, FULL MAILING ADDRESS AND  REASON FOR REQUEST)

*N/A*

---

**PLEASE READ BEFORE SIGNING APPLICATION**

1. This application will be incorporated in its entirety into any relevant policy of insurance where insurers have relied upon the information contained therein.
2. Any misrepresentation in this application for insurance may render insurance coverage null and void from inception.  Please therefore check to make sure that all questions have been fully answered and that all facts material to your insurance have been disclosed, if necessary by a supplement to the application.
3. Fraud Statement – please see page 5 of this application form & initial the paragraph relevant to you to indicate that you have read and understood this.

| ASSURED SIGNATURE: | PRINT NAME  AND  STATE YOUR CONNECTION TO THIS POLICY IF YOU ARE NOT THE NAMED ASSURED/BENEFICIAL OWNER | SIGNATURE DATE: |
|---|---|---|
| *(signature)* | | *4/27 2019* |

| PRODUCING BROKER |
|---|
| Casey Insurance Group |

| BROKER USE ONLY: |
|---|
| PLEASE PROVIDE SURPLUS LINES TAX FILING INFORMATION OR ADVISE IF NOT APPLICABLE (LICENSE NUMBER WILL SUFFICE): |
| Chris Heer P078250 |

**CSR/APP/1**

### Applicable in California

For your protection, California law requires the following to appear on this form:
Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

California Insurance Frauds Prevention Act 1871.2

### Applicable in Florida and Idaho

Any person who Knowingly and with the intent to injure, Defraud, or Deceive any Insurance Company Files a Statement of Claim Containing any False, Incomplete or Misleading Information is Guilty of a Felony*

*In Florida – Third Degree Felony

### Applicable in Indiana

A person who knowingly and with intent to defraud an insurer files a statement of claim containing false, incomplete, or misleading information commits a felony.

### Applicable in Nevada

Pursuant to NRS 686A.291, any person who knowingly and wilfully files a statement of claim that contains any false, incomplete, or misleading information concerning a material fact is guilty of a felony.

### Applicable in New Hampshire

Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided by RSA 638:20.

### Applicable in New Jersey

Any person who knowingly and with the intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to the criminal prosecution and civil penalties

### Applicable in New York

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### Applicable in Ohio

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### Applicable in Oklahoma

WARNING: Any person who knowingly and with the intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony

### Applicable in Pennsylvania

Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and payment of a fine of up to $15,000.

CSR/APP/1

Page 1 of 1                    **Concept Special Risks Ltd**    www.special-risks.co.uk

### Captain Charter Supplementary Sheet

1.    Please describe in full the nature of the charters undertaken, including all activities
      made available to passengers:

      WE WILL DO PAID CAPTAIN CHARTER
      GUESTS CAN SWIM, USE FLOATIES AND
      GO TO SANDBAR.

2.    Please advise if this vessel will be used for Diveboat Charter (*commercial purpose of
      carrying passengers for hire on sport diving excursions; using underwater artificial
      breathing apparatus and/or submersible mechanical or electrical devise including, but
      not limited to, Submarines, Diving Bells and/or Diving Suits*):

      THERE WILL BE NO DIVING OR
      UNDER WATER ACTIVITIES

3.    Please advise the number of years the assured has been undertaking these charters:

      In Total:  15               From this location:  3

4.    Please provide your website address, if applicable:

      WWW. 305 YACHTING.COM

5.    Do you require any hold harmless from passengers?   If so, supply a copy.

      YES, WILL ATTACH FORM

6.    Will you require additional Assured's to be named?  If so, supply full name and
      mailing address for each;

      NO


**WARNING:**

**Any misrepresentation in this captain charter supplementary sheet may render
insurance coverage null and void from inception.  Please therefore check to make
sure that all questions have been fully answered and that all facts material to your
insurance have been disclosed.**

Assured Signature: _____    Date: 4/27/2019

C8R/CC8S/1

Page 1 of 1         **Concept Special Risks Ltd**     www.special-risks.co.uk

**Paid Crew Supplementary Sheet**

**Please note: we will not provide liability to you, your family members or anyone who holds a financial interest in the vessel under paid crew liability**

1. Please advise how many paid crew you employ including Captain (if any). Please include employees working on the vessel in any capacity

   *ONE CAPTAIN*

2. Please advise if these are full time or part time and in what other capacities they are employed by you

   *PART TIME*

3. Please advise the maximum number of paid crew that would be on the vessel at any one time

   *TWO*

4. Are the paid crew in your full time employee or hired on a per charter basis?

   *THEY ARE HIRED PER CHARTER*

5. Are you aware of any pre-existing injury or medical condition with regard to any paid crew working on this vessel in any capacity?

   *NO*

6. If this vessel is engaged in recreational diveboat charter please advise if any paid crew are required to perform any in water duties or assist in any dive instruction

   *NO, THERE IS NO DIVING*

**WARNING:**

Any misrepresentation in this paid crew supplementary sheet may render insurance coverage null and void from inception. Please therefore check to make sure that all questions have been fully answered and that all facts material to your insurance have been disclosed.

Assured Signature: _____ Date: *4-27-19*

CSR/CSS/1

Page 1 of 1          **Concept Special Risks Ltd**      www.special-risks.co.uk

### Letter of Survey Recommendations Compliance

**Assured Name:** Kila De Jager (305 Event Production LLC)

**Assured Address:** 1800 N Bayshore Dr. Apt 3602, Miami FL 33132.

**Policy Number:**   CSRYP175296

**Surveyor and Date of Survey:** 4/17/2019.

**Vessel:** ⟩ Sapphire

I certify, as owner of the above vessel, that all recommendations pertaining to the above vessel contained within the detailed survey submitted herein, have been complied with., other than those listed below, along with the date of expected completion (please reference the recommendation number as detailed on the survey where appropriate):

| Outstanding Recommendation (s) | Expected Completion Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Details of Boat Yard or Repair Facility Employed:**

**Contact:** Ariel Cabrera

**Address:** _____

_____

**WARNING:**

Any misrepresentation in this letter of compliance may render insurance coverage null and void from inception.

**Assured Signature:** _____

**Date:** 4 - 27 - 19

**CSR/LOC/1**