UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

Case No. 21-cv-20251-Civ-COOKE/O'SULLIVAN

GREAT LAKES INSURANCE SE,

    Plaintiff,

v.

305 EVENT PRODUCTION LLC,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S SECOND
MOTION TO EFFECT SERVICE UPON DEFENDANT AND
ADMINISTRATIVELY CLOSING CASE SOLELY FOR STATISTICAL PURPOSES**

**THIS MATTER** is before the Court on Plaintiff's Second Motion to Effect Service Upon Defendant (the "Motion") (ECF No. 7), filed April 23, 2021. Having reviewed the Motion, the record, and being otherwise fully advised, it is hereby **ORDERED and ADJUDGED** that Said Motion is **GRANTED**. Plaintiff shall effectuate service upon Defendant by May 26, 2021. In the interim, the Clerk is directed to administratively **CLOSE** this case solely for statistical purposes.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 28th day of April 2021.

*[signature]*
MARCIA G. COOKE
United States District Judge

**Copies furnished to:**

*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*