# Caitlin Burton

| | |
|---|---|
| **From:** | indya@caseyinsurancegroup.com |
| **Sent:** | Tuesday, April 9, 2019 10:51 AM |
| **To:** | Quote Team |
| **Subject:** | Please quote Sky & Sapphire Vessels |
| **Attachments:** | CIG Yacht Application for sky and sappire.pdf; Sky Sappire.jpeg |
| | |
| **Categories:** | Queried - Producer |

Hello,
Please see attachment CIG Application for Quote , Can please let me know if we can offer a quote asap.
Even thou we only have 1 of the Vessels information. That is - Sky information purchase date for sky was in 02/08/2018


Vessels Infor. Sky information purchase date for sky was in 02/08/2018
Sapphire information purchase date is 04/04/2019

We need to quote for two of the same vessels.

Thank you,


# Indya Solomon
**Customer Service Rep.**

**Casey Insurance Group, Inc.**
**Office Address:** 811 North Nob Hill Road Plantation, FL 33324
**Toll Free:** 888-537-1412
**Direct Fax:** 866-716-0869
*www.caseyinsurancegroup.com*

1

# Casey Insurance Group
## Yacht Insurance Application

www.caseyinsurancegroup.com
phone: 888-537-1412

| **Named Insured:** | | **Date of Birth:** | |
|---|---|---|---|
| **If Corporate, Beneficial Owner:** | | **Occupation:** | |
| **Street Address:** | | **Phone Number:** **Home:** | |
| **City, State, Zip:** | | **Work:** **Cell:** | |

| Driver's License Number: | | DL State: | | **Email:** | |
|---|---|---|---|---|---|

## YACHT DESCRIPTION

| **Year Built:** | **Length:** | **Manufacturer/Builder:** | **Model:** | Hull Identification Number: |
|---|---|---|---|---|
| | | | | |

| Name of Yacht: | **State of Registration:** | **Vessel Flag:** | **Date Purchased:** | **Purchase Price:** |
|---|---|---|---|---|
| | Tgikuvcvkqp"% (Registration #) | | | |

Type: [ ] Power  [ ] Multi-hull          Construction: [ ] Fiberglass  [ ] Wood  [ ] Aluminum          Use: [ ] Private Pleasure   [ ] Captain Charter
[ ] Sail    [ ] Houseboat                             [ ] Kevlar/Carbon Fiber    [ ] Steel  [ ] Other             [ ] Bare Boat Charter  [ ] Racing

| **Engine Manufacturer / Model:** | **Year Built:** | Serial Number(s): |
|---|---|---|
| | | |

Fuel Type:            Propulsion:                              Engine(s):        **Horsepower (each):**        Fuel Tanks:        Auxiliary Generator:
[ ] Diesel           [ ] Inboard      [ ] Jet Drive       [ ] Single                                       [ ] Metal           Diesel [ ]
[ ] Gas              [ ] Outboard                         [ ] Twin          **Max Speed (MPH):**           [ ] Fiberglass      Gas    [ ]
                     [ ] I / O                            [ ] Triple
                     [ ] Pod Drive                        [ ] Quad

**Navigation / Safety Equipment/ Security:**
[ ] Auto Fire Ext.  [ ] Fume Detector  [ ] Radar  [ ] GPS  [ ] Depth Finder  [ ] Auto Pilot   Number of Hand Held Fire Extinguishers [ ]
[ ] Engine Alarm  [ ] VHF Radio  [ ] Theft Alarm  [ ]Tracking Device  [ ] Surveillance System  [ ] Locked/fenced enclosure
[ ] Secured building  [ ] Yacht Controller  [ ] Other:

| **Current Survey**: [ ] Yes  [ ] No | Date of Survey: | [ ] Afloat  [ ] Drydock | Name of Surveyor: |
|---|---|---|---|

## TRAINING/EXPERIENCE

| **Total Years Boating Exp:** | Boating Courses: [ ] None  [ ] U.S. Power Squadron  [ ] U.S. Coast Guard Auxiliary [ ] Mariner's License   Describe: |
|---|---|
| | |

**Boats Previously Owned**
Dates owned          Manufacturer          Type          Size          Waters Navigated

**Total Years Ownsership Experience:**
Other Operators: (List)            Age:       Experience:                                Driver's License Number:

**Loss History ( if none, state NONE)**
Details of any previous losses all operators:        Date        Cause                                                Amount

**Have you ever been convicted of a felony or DUI?** [ ] No  [ ] Yes (If yes, describe: __ )

## YACHT TENDER/PERSONAL WATERCRAFT/TRAILER  (may be insured separately for an additional premium)

| Year: | Length: | Manufacturer: | Model: | Hull ID Number: |
|---|---|---|---|---|
| Engine Year: | Engine Manufacturer: | Engine HP: | Engine Serial Number: | |
| Trailer Year, Manufacturer & Model: | Serial Number: | No of Axles: | Capacity: | Stored on Trailer: [ ]Yes [ ] No |

| **INSURANCE COVERAGES REQUESTED** | | | |
|---|---|---|---|
| **Coverage** | **Amount of Insurance** | **Deductible** | **Named Windstorm Deductible** |
| Yacht Hull and Machinery | $ | $ | $ |
| Tender & Outboard | $ | $ | |
| Trailer | $ | $ | |
| Liability (P&I) | $ | $ | |
| Medical Payments | $ | $ | |
| Personal Effects | $ | $ | |
| Uninsured Boaters | $ | $ | |
| Crew Liability | $ | $ | |

Navigation Area: [ ] East Coast U.S.   [ ] Florida   [ ] Bahamas   [ ] Turks/Caicos   [ ] Gulf of Mexico   [ ] Caribbean   [ ] Mediterranean   [ ]Other:

Lay Up Dates:  From:        To:
[ ] Ashore   [ ] Afloat

Mooring Locations : (Marina/Address, City, State, **Zip Code**)
 June 1 to November 30:
 December 1 to June 1:

Storage: Dock/Slip [ ]  Trailer [ ]  Lift [ ]  Rack [ ]  Other: [ ]  (If other, please state):

| Lienholder name and address: | Loan Number:<br>Loan Balance: |
|---|---|

Additional Insured  name and address :

| **OTHER INFORMATION** | | | |
|---|---|---|---|
| **EXPLAIN All "Yes" Responses In Remarks:** | **Yes** | **No** | **Remarks:** |
| Is yacht ever chartered to others with captain? | | | |
| If yes, is yacht owner operated? | | | |
| Is yacht ever chartered to others without captain? | | | |
| Is yacht used commercially or for business purposes? (explain) | | | |
| Do you employ a paid captain or crew? If so how many? | | | Number of full time crew: ___  part time: ___ |
| Do you live aboard full-time? | | | |
| Has any carrier cancelled or non-renewed coverage? | | | |
| Is the yacht used for racing? | | | |
| For fare paying passenger vessels, advise the maximum/average # of passengers per trip ___/___   # of trips annually _____ | | | |

The completion and signing of this application does not bind the **APPLICANT** or this **COMPANY** to effect insurance on this risk; it is submitted for purposes of rating and quotation only.  If accepted by this **COMPANY** it is agreed the information furnished herein shall be the basis of the contract should a policy be issued.
 IT IS UNLAWFUL TO KNOWLINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING TO DEFRAUD THE COMPANY.  PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF INSURANCE, AND CIVIL DAMAGES.

| Applicant Signature: | Date: | | Producer: |
|---|---|---|---|
| Producer Signature: | Date: | | |
| Current Insurer: | | | |
| Policy Effective Date:           Annual Premium: $ | | | |



# VESSEL SAFETY CHECK (VSC)

To be completed by a U.S. Coast Guard approved Vessel Examiner.
See the back of this form for a brief explanation of required items.
A Federal Requirements pamphlet is also available.

Date of VSC: 16 MARCH 17
Decal Awarded: Yes ☑ No ☐

Owner/Operator Name: William Gesoell

Owner/Operator has attended a CGAUX, USPS, State or FL Boating Safety Class: Yes ☑ No ☐

Location of VSC - County: Collier  State: FL

Replaced decal was: Last Year ☑ Outdated ☐ First time ☐

**VESSEL INFORMATION:**

Registration or Documentation Number: WSH 4533 GP

HIN: SERF9395 J203 Wisconsin

Length: <16 ☐ 16-25 ☐ 26-39 ☐ 40-65 ☑ >65 ☐

Powered by: Gas ☐ Diesel ☑ Sail ☐ Other ☐

Area of Operations: Inland ☐ Coastal ☑

Type: PWC ☐ Open ☐ Cabin ☑ Other ☐

## VESSEL SAFETY CHECK DECAL REQUIREMENTS

| Item | Yes | No | N/A |
|---|---|---|---|
| 1. Display of Numbers | ✓ | | |
| 2. Registration/Documentation | ✓ | | |
| 3. Personal Flotation Devices (PFD) | ✓ | | |
| 4. Visual Distress Signals (VDS) | ✓ | | |
| 5. Fire Extinguishers | ✓ | | |
| 6. Ventilation | ✓ | | |
| 7. Backfire Flame Control | ✓ | | |
| 8. Sound Producing Devices/Bell | ✓ | | |
| 9. Navigation Lights | ✓ | | |
| 10. Pollution Placard | ✓ | | |
| 11. MARPOL Trash Placard | ✓ | | |
| 12. Marine Sanitation Devices | ✓ | | |
| 13. Navigation Rules | ✓ | | |
| 14. State and/or Local Requirements | ✓ | | |
| 15. Overall Vessel Condition: as applies | | | |
| a. Deck Free of Hazards / Clean Bilge | ✓ | | |
| b. Electrical - Fuel Systems | ✓ | | |
| c. Galley - Heating Systems | ✓ | | |

## RECOMMENDED AND DISCUSSION ITEMS
(While encouraged, items below are not VSC requirements)

| Item | Yes | No |
|---|---|---|
| I. Marine Radio | | |
| II. Dewatering Device & Backup | | |
| III. Mounted Fire Extinguishers | | |
| IV. Anchor & Line for Area | | |
| V. First Aid and PIW Kits (**over) | | |
| VI. Inland Visual Distress Signals | | |
| VII. Capacity/Certificate of Compliance | | |
| VIII. Discussion Items: as applies | | |
| a. Accident Reporting - Owner Responsibility | | |
| b. Offshore Operations | | |
| c. Nautical Charts / Navigation Aids | | |
| d. Survival Tips / First Aid | | |
| e. Fueling / Fuel Management | | |
| f. Float Plan / Weather & Sea Conditions | | |
| g. Insurance Considerations | | |
| h. Boating Check List | | |
| i. Safe Boating Classes | | |
| j. Maritime Domain Awareness | | |

I certify that I have personally examined this vessel and find it meets the above requirements at the time of this Vessel Safety Check. I am a qualified Vessel Examiner of the: CGAUX ☑, USPS ☐, State of FL ☐, or ☐.

Printed Name of the Examiner: Burton Fineberg   Examiner Number: 173 5954

Examiner Signature: Burton Fineberg   Telephone Number: 781 248 3016

**Additional Comments:** *This is not an official boarding for law enforcement purposes. It is recommended that you correct any deficiencies noted. This checklist is furnished for your information. There is no assumption of liability of any kind for advice given or opinions expressed in connection to this examination. By accepting the Vessel Safety Check decal you are pledging to maintain your boat and equipment to the standard of safety exhibited during this examination.* **Please remove the Vessel Safety Check decal if the boat is sold or no longer meets these requirements.**

I am consenting to this Vessel Safety Check of my watercraft with full knowledge that it is provided to me as a public service on a volunteer basis without cost, and I understand and agree that my receipt of a Vessel Safety Check shall not constitute or be construed as a warranty or guarantee as to either the qualification, knowledge, or skills of the operator; the seaworthiness of the vessel; or the serviceability or adequacy of any equipment on board.

Owner/Operator Signature: [signed]   Date: 16 March 17

ANSC7012 (4-08) Previous edition may be used   Copy - BOATER