Case Summary Folder [ 10/30/2020 10:24:29 PM ]

| Defendant Name: GERHARD AUSTEN DE JAGER | City: MIAMI | Driver's License: XXXXXXX793900 |
|---|---|---|
| DOB: 1979 | State: FL | Tag State: FL |
| Gender: M | Zip: 331323233 | Tag Nbr: CYTN85 |

| | |
|---|---|
| **Citation #:** A8O6LPE | **State #:** |
| **Incident Date #:** 08/09/2017 | **Related Misdemeanor Charges:** NONE |
| **Case Type:** INFRACTION | **Attorney of Record:** NO ATTORNEY ON FILE |
| **Violation:** 316.1925(1) - CARELESS DRIVING | |
| **Case Action:** CLOSED | |
| **Plea Entered:** GUILTY | **Amount Due:** $0.00* |
| **Disposition:** GUILTY | **Penalty Assessed:** $179.00 |
| **Disposition Date:** 09/04/2017 | **Due Date:** 09/08/2017 |
| **Accident Indicator:** DAMAGE | **Traffic School:** N/A |
| **Speeding Detail:** N/A | |
| **Officer Name:** ANTHONY H LEWIS | **Officer Municipality:** MIAMI |
| **Officer ID Number:** 28521 | |
| **Witness Name(s):** OFFICER ANTHONY H LEWIS | |

\* This citation has an amount due of $0.00. No further payment is required.

**Case Dockets for Citation #  A8O6LPE**

| Type | Date | User ID | Description |
|---|---|---|---|
| PENALTY PAID | 09/04/2017 18:09:18 | TRFI701 | COLLECTION DATE: 09/04/2017 PAYMENT AMT: $179.00<br>RECEIPT #: 2001388<br>RUNG AS: PAYABLE |
| ORIG ENTRY | 08/10/2017 12:06:08 | ECIT | DIV: VIOL: 31619251 OFFICER: 28521 |

**Case Summary Folder** [ 10/30/2020 10:12:37 PM ]

| Defendant Name:<br>GERHARD AUSTEN DE JAGER<br>DOB: 1979<br>Gender: M | City: MIAMI<br>State: FL<br>Zip: 331323233 | Driver's License: XXXXXXX793900<br>Tag State: FL<br>Tag Nbr: 563WCH |
|---|---|---|

**Citation #:** A1TNNTP  **State #:**
**Incident Date #:** 04/23/2015  **Related Misdemeanor Charges:** NONE
**Case Type:** INFRACTION  **Attorney of Record:** ALEX HANNA
**Violation:** 316.074(1) - FAIL TO OBEY TCD/STOP SIGN, ETC.
**Case Action:** CLOSED

**Plea Entered:** NOT GUILTY  **Amount Due:** $0.00*
**Disposition:** WITHHOLD ADJDCTN  **Penalty Assessed:** $119.00
**Disposition Date:** 06/30/2015  **Due Date:** 07/30/2015
**Accident Indicator:** NONE ON FILE  **Traffic School:** N/A
**Speeding Detail:** N/A

**Officer Name:** OSCAR OLIVEROS  **Officer Municipality:** HIALEAH
**Officer ID Number:** 1198
**Witness Name(s):**
  OFFICER OSCAR OLIVEROS

* This citation has an amount due of $0.00. No further payment is required.

**Case Dockets for Citation #  A1TNNTP**

| Type | Date | User ID | Description |
|---|---|---|---|
| PENALTY PAID | 07/07/2015 15:56:04 | TRFI701 | COLLECTION DATE: 07/07/2015 PAYMENT AMT: $119.00<br>RECEIPT #: 2002312<br>RUNG AS: COMPLIANCE/CRT |
| SPR RCI | 06/30/2015 15:19:29 | EO5 | HEARING: 06/30/2015 TIME:15:00 TYPE: PRE TRIAL DIV: HIA<br>LOC: JUSTICE BUILDING JUDGE: A-HEARING-OFFICER<br>DEFN ATTY: HANNA, ALEX A RCI SOURCE: * C *<br>CASE ACTION: TO BE PAID BW AMT: PLEA<br>NEXT HRG TYPE: REPORT CODE :<br>SPECIAL SET:<br>DISP: WITHHOLD ADJDCTN CONT: SENTENCE:<br>JURY:N TRAF SCHL: JDG REQ: MONEY OPTN: TN01 REHAB OPTN: STAY:07/30/2015<br>PEN ASSD: $119.00 W/S/CONV :<br>JAIL TYPE/TIME: 0000BOND ID: - 0- ACTION:<br>MOTION/DISP: 0 * * 0 * * 0 * *<br>REHAB/DUE DATE/RESET:<br>MESSAGE: DRL-ACT:<br>TIME: INTLCK: |
| SET FOR COURT | 06/09/2015 23:51:22 | EXPERT | HEARING DATE: 06/30/2015 TIME: 15:00 TYPE: PRE TRIAL<br>LOC: JUSTICE BUILDING FLR: 1 RM: 1<br>JUDGE: A-HEARING-OFFICER, ATTORNEY: HANNA, A<br>MOTIONS: N DISCOVERY: DIVISION: HIA REPORT CODE: 000 |
| PLEADING | 06/01/2015 23:56:20 | EB15 | RECEIVED DATE:04/27/2015 HOW:IN PERSON HEARING TYPE:TRIAL<br>ORIGINATOR: DEFENSE ATTORNEY ID: 14811 PLEA: NOT GUILTY<br>ORIG NAME: HANNA, ALEX A JDG REQ: N DMD DSC:<br>CSE QRU---4-27-2015---GERHARD A DEJAGER |
| ORIG ENTRY | 06/01/2015 11:46:51 | FEDRICK | DIV: VIOL: 3160741A OFFICER: 1198 |