UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-20251-Civ-COOKE/DAMIAN

GREAT LAKES INSURANCE SE,

    Plaintiff,

v.

305 EVENT PRODUCTION LLC,
HAYDEN MUELER, individually, and
CHRISTOPHER MILLER, individually,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon the parties' Joint Motion to Continue Trial and Extend All Related Pre-Trial Deadlines (ECF No. 41) and Plaintiff's Unopposed Motion for Extension of Time to Conduct Mediation (ECF No. 54). Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Continue Trial and Extend All Related Pre-Trial Deadlines (ECF No. 41) is **GRANTED**. The trial date and all related pre-trial deadlines are hereby extended by ninety (90) days. The Court will issue a new Scheduling Order separately.

2. Plaintiff's Unopposed Motion for Extension of Time to Conduct Mediation (ECF No. 54) is **GRANTED**. The parties will have until March 3, 2023 to conduct mediation in this matter.

**DONE AND ORDERED** in Chambers in Miami, Florida this 27th day of December, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
for Marcia G. Cooke, United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*